# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 11, 2009

138930-1

BAGLEY ACQUISITION CORPORATION,
   Plaintiff-Appellant,

v

HOMRICH WRECKING, INC., d/b/a
HOMRICH, INC.,
   Defendant-Appellee,
and

AUTO CLUB GROUP, CITY OF DETROIT,
DETROIT ECONOMIC GROWTH
CORPORATION, and STATE OF MICHIGAN,
   Defendants.
_____/

BAGLEY ACQUISITION CORPORATION,
   Plaintiff-Appellant,

v

HOMRICH WRECKING, INC., d/b/a
HOMRICH, INC.,
   Defendant-Appellee,
and

AUTO CLUB GROUP, CITY OF DETROIT,
DETROIT ECONOMIC GROWTH
CORPORATION, and STATE OF MICHIGAN,
   Defendants.
_____/

SC: 138930
COA: 279681
Wayne CC: 05-523726-CZ

SC: 138931
COA: 281037
Wayne CC: 05-523726-CZ

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

On order of the Court, the application for leave to appeal the February 19, 2009 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 11, 2009

0831

_____
Clerk